UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

RONALD B GIRARD
PATRICIA A GIRARD
Debtor(s)

Case No. 07-08996

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/17/2007.

2) The plan was confirmed on 07/06/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/21/2008, 07/22/2009.

5) The case was converted on 08/12/2009.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,225.78 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,225.78

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $726.72 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,226.72

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVENTIST GLENOAKS MEDICAL CT | Unsecured | 16,636.29 | NA | NA | 0.00 | 0.00 |
| AIS SERVICES | Unsecured | NA | 630.00 | 630.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 114.35 | NA | NA | 0.00 | 0.00 |
| ARGENT HEALTHCARE FIN SERV | Unsecured | 943.56 | NA | NA | 0.00 | 0.00 |
| ARGENT II | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| ASBC PENTAGROUP | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPEDIC LTD | Unsecured | 209.10 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 3,846.78 | 3,846.78 | 3,846.78 | 0.00 | 0.00 |
| BLITT & GAINES | Unsecured | 1,040.72 | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALE PAVILION | Unsecured | 9,786.30 | NA | NA | 0.00 | 0.00 |
| BOYAJIAN LAW OFFICE | Unsecured | 282.10 | NA | NA | 0.00 | 0.00 |
| BUR COL RECO | Unsecured | 1,255.00 | NA | NA | 0.00 | 0.00 |
| CALIFORNIA STUDENT AID COMM | Unsecured | 3,761.00 | NA | NA | 0.00 | 0.00 |
| CAMBRIA CONSOLIDATED CONDO A | Secured | 3,999.96 | 3,939.92 | 3,939.92 | 3,939.92 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 277.00 | 277.57 | 277.57 | 0.00 | 0.00 |
| CAPITAL RECOVERY SERVICE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CLIFFORD SWANSON MD | Unsecured | 1,999.93 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 251.01 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED CHIROPRACTIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | 12,382.72 | 12,382.72 | 12,382.72 | 3,488.74 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 1,883.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 3,635.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 3,377.00 | 4,675.57 | 4,675.57 | 0.00 | 0.00 |
| ECMC | Unsecured | 26,854.00 | 25,829.37 | 25,829.37 | 0.00 | 0.00 |
| ECMC | Unsecured | 1,773.83 | 1,773.83 | 1,773.83 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ELMHURST MEMORIAL HEALTH | Unsecured | 157.10 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 168.33 | NA | NA | 0.00 | 0.00 |
| EQUIFAX RISK MANAGEMENT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 1,952.00 | 976.48 | 976.48 | 0.00 | 0.00 |
| GLEN OAKS ANESTHESIOLOGY | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| GLEN OAKS HOSPITAL | Unsecured | 1,061.07 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 786.43 | NA | NA | 0.00 | 0.00 |
| HEALTHSOUTH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 4,486.00 | 4,293.83 | 4,293.83 | 4,293.83 | 276.57 |
| IC SYSTEM | Unsecured | 273.50 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 687.81 | 637.81 | 637.81 | 0.00 | 0.00 |
| JEWEL FOOD STORES INC | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| LEXINGTON OF BLOOMINGDALE | Unsecured | NA | 10,840.47 | 10,840.47 | 0.00 | 0.00 |
| LOMBARD FAMILY HEALTH | Unsecured | 329.41 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 163.84 | NA | NA | 0.00 | 0.00 |
| MANAGEMENT OF FLORIDA | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,279.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 691.56 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 741.92 | NA | NA | 0.00 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 84.83 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 338.93 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 697.66 | NA | NA | 0.00 | 0.00 |
| NEOPATH S C | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 461.00 | 158.09 | 158.09 | 0.00 | 0.00 |
| NORTH AMERICA CREDIT | Unsecured | 1,352.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTION | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTION | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 173.13 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 619.50 | NA | NA | 0.00 | 0.00 |
| NORTHWEST ORTHOPEDIC SURGERY | Unsecured | 142.51 | NA | NA | 0.00 | 0.00 |
| NWHC HOFFMAN ESTATES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 3,394.11 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 1,487.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 279.88 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 47.70 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 1,841.41 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 2,346.39 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 943.56 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 957.25 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 461.61 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 281.00 | 281.08 | 281.08 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 683.00 | 683.37 | 683.37 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 461.00 | 461.61 | 461.61 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULT OF WDSTK | Unsecured | 184.20 | NA | NA | 0.00 | 0.00 |
| REDLINE RECOVERY SRVS | Unsecured | 3,846.78 | NA | NA | 0.00 | 0.00 |
| RIDDLE & ASSOC PC | Unsecured | 404.93 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 101.40 | 101.40 | 101.40 | 0.00 | 0.00 |
| SK TALLURI MD SC | Unsecured | 175.55 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 431.34 | 666.98 | 666.98 | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 1,261.40 | 1,585.48 | 1,585.48 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRI CITY RADIOLOGY | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY ACCOUNTS | Unsecured | 214.95 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY ACCOUNTS | Unsecured | 297.10 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Unsecured | 800.05 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS | Unsecured | 157.00 | 157.06 | 157.06 | 0.00 | 0.00 |
| VILLAGE OF GLENDALE HEIGHTS | Unsecured | 260.30 | NA | NA | 0.00 | 0.00 |
| WESTLAKE COMMUNITY HOSPITAL | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET & CABLE | Unsecured | 414.09 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $12,382.72 | $3,488.74 | $0.00 |
| Debt Secured by Vehicle | $4,293.83 | $4,293.83 | $276.57 |
| All Other Secured | $3,939.92 | $3,939.92 | $0.00 |
| **TOTAL SECURED:** | **$20,616.47** | **$11,722.49** | **$276.57** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,582.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,226.72 |
| Disbursements to Creditors | $11,999.06 |
| **TOTAL DISBURSEMENTS:** | **$15,225.78** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/28/2009              By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**